**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**POURIYE IGHANI #A078-571-126**          **CIVIL ACTION NO. 25-1448 SEC P**

**VERSUS**                                **JUDGE EDWARDS**

**CARIDAD CEPHAS KIMBROUGH**              **MAG. JUDGE PEREZ-MONTES**
**ET AL**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 42), noting the absence of objection thereto, and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 filed by POURIYE IGHANI (ECF No. 1) is GRANTED. Petitioner shall be released on or before May 1, 2026. The Respondents must file a notice of compliance by Monday, May 4, 2026.

THUS ORDERED AND SIGNED in Chambers this 29th day of April, 2026.

*Jerry Edwards, Jr.*

_____
**JUDGE JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT COURT**